UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 11

**WHITEHORSE 401 LLC**,                                      Case No. 24-42466 (ESS)


                                             Debtor.
-----------------------------------------------------------x

### DECLARATION OF REEMA LATEEF IN SUPPORT OF MOTION TO SHORTEN TIME

Pursuant to 28 U.S.C. § 1746, Reema Lateef, Esq. declares as follows:

1. I am a trial attorney in the Office of the United States Trustee for Region 2. I am assigned to these matters by my office and as such, have knowledge and information about the chapter 11 bankruptcy case of **Whitehorse 401 LLC** (the "Debtor"). I submit this Declaration in support of the Motion of the United States Trustee to Shorten Notice on the United States Trustee's Motion to Dismiss this Chapter 11 Case (the "Motion to Dismiss"), pursuant to 11 U.S.C. § 1112 (the "Motion to Limit Notice").

2. As of the date of the Motion to Dismiss, the Debtor has not provided appropriate proof of corporate authorization for any individual besides the sole member, Yechiel Rivlin, to appear and act on behalf of the corporate entity.

3. For these reasons, and as set forth in more detail in the "Motion to Dismiss," there is cause to dismiss this case under 11 U.S.C. § 1112(b). A determination on the immediate dismissal of the case pursuant to the Motion is warranted to limit delay. Allowing the case to proceed as an unauthorized filing is prejudicial to creditors and parties in interest.

I declare under penalty of perjury that the information contained in this Declaration is true and correct.

Dated: New York, New York
 September 26, 2024                                        */s/ Reema Lateef*
                                                                          Reema Lateef, Esq.

1