UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

**WHITEHORSE 401 LLC**,                                         Case No. 24-42466 (ESS)


                                    Debtor.
-----------------------------------------------------------x

## ORDER SHORTENING NOTICE PERIOD, ESTABLISHING OBJECTION DEADLINE, AND SCHEDULING HEARING ON MOTION TO CONVERT OR DISMISS IN THIS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §1112(b)

After consideration of the United States Trustee's Ex-Parte Motion (the "Motion to Limit Notice") [ECF Doc. No. __] for an Order Shortening the Applicable Notice Period, Establishing an Objection Deadline, and Scheduling a Hearing on Motion of the United States Trustee to Dismiss this Chapter 11 Case pursuant to 11 U.S.C. §1112(b) (the "Motion") [ECF Doc. No. __], and determination that cause exists to shorten the deadlines because the relief sought in the Motion to Limit Notice Shorten is in the best interest of the Debtor, its estate, and its creditors, it is hereby:

ORDERED, that the Motion to Limit Notice is GRANTED, and it is further

ORDERED, that a hearing on the Motion to Dismiss (as defined in the Motion to Limit Notice) and any written objections is scheduled for _____ at _____ (Eastern Time) before Judge Elizabeth S. Stong of the United States Bankruptcy Court, Eastern District of New York, 271-C, Courtroom 3585, Cadman Plaza East, Brooklyn, New York 11201 (the "Hearing"); and it is further

ORDERED, that the Hearing shall be held in person, telephonically or by video. Those intending to appear at the Hearing must register with eCourt Appearances no later than two days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to

those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may email Judge Elizabeth S. Stong's courtroom deputy for instructions at ESS_Hearings@nyeb.uscourts.gov; and it is further

ORDERED, that objections or responses to the Motion may be interposed at the Hearing; and it is further

ORDERED, that on or before _____, the United States Trustee shall serve a copy of this order, together with the Motion, by overnight mail, upon the Debtor, the attorneys for the Debtor, any party that has filed a notice of appearance in the case and all creditors; and it is further

ORDERED, that notwithstanding any bankruptcy rule to the contrary, this Order shall take effect immediately upon its entry.