

October 8, 2024

**Judge Elizabeth S Stong**
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

        **RE: Debtor Whitehorse 401 LLC**
        **Chapter 11 Case#  24-42466**

Dear Judge Stong:

    The debtor has no objection to the relief sought by the U.S. Trustee to Dismiss the Motion. The debtor will not be appearing on October 16, 2024.

                        Respectfully,

                        Charles Wertman, Esq.

cc: Reema Lateef, Esq., - US Trustee  via email
    All other parties via ECF

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com